PROB 12B
(7/93)

Report Date: December 10, 2009

# United States District Court

## for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Patrick Wapato    Case Number: 2:06CR00041-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 4/30/2007    Type of Supervision: Supervised Release

Original Offense: Sexual Abuse of a Minor, 18 U.S.C. § 2243(a), 2246(2), 1153    Date Supervision Commenced: 6/9/2009

Original Sentence: Prison - 14 Months; TSR - 24 Months    Date Supervision Expires: 6/8/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27    You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Patrick Wapato is currently residing at Geiger Corrections Center as a result of the Court's order authorizing a 180-day public law placement. He is scheduled to release from the RRC on or about December 18, 2009

It was anticipated by allowing Mr. Wapato to participate at the Residential Reentry Center (RRC) for the designated period, he would address mental health, chemical dependency and sex offender therapy issues while developing a release plan appropriate for transitional purposes. Mr. Wapato has been unable to establish a stable residence or secure employment to date. He is attempting to secure housing in the Spokane area. Patrick Wapato has requested additional time in the RRC to develop a suitable release plan. If the Court concurs with the request for modification, he will release from the RRC on or about March 18, 2010.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted extending Patrick Wapato's stay at the RRC for an additional period of up to 90 days. It is also recommended that Mr. Wapato be allowed to transition to his residence immediately, once secured.

Prob 12B
Re: Wapato, Patrick
December 10, 2009
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/10/2009

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/10/09
Date